**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Subpoena Issued to VR Optics, LLC,<br><br>PELOTON INTERACTIVE, INC.,<br><br>    *Plaintiff*,<br>vs.<br><br>FLYWHEEL SPORTS, INC.,<br><br>    *Defendant*. | Misc. No. _____<br><br>Case pending in U.S. District Court for the Eastern District of Texas, Marshall Division: No. 2:18-CV-00390-RWS-RSP |

**NOTICE OF MOTION OF PELOTON INTERACTIVE, INC. TO QUASH DEFENDANT FLYWHEEL SPORTS, INC.'S SUBPOENA**

5670781

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(d)(3), and upon the concurrently filed and served Memorandum of Law and the Declaration of Steven N. Feldman, plaintiff Peloton Interactive, Inc. will respectfully move this Court, at a date and time set by the Court, to quash the subpoena issued in the above-referenced matter, and for such other and further relief as the Court deems just, necessary, and proper. Peloton respectfully requests that the Court hold oral argument on this Motion.

Dated: Los Angeles, California
November 29, 2019

Respectfully submitted,

HUESTON HENNIGAN LLP

*/s/ Steven N. Feldman*
Steven N. Feldman (NY Reg. No. 4775052)
HUESTON HENNIGAN LLP
523 West Sixth Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-7272
Facsimile: (888) 775-0898
sfeldman@hueston.com

Of counsel:

Joshua D. Liston
BEYS LISTON & MOBARGHA LLP
641 Lexington Avenue, 14th Floor
New York, NY 10022
Telephone: (646) 755-3601
Facsimile: (646) 755-3599
jliston@blmllp.com

*Attorneys for Plaintiff Peloton Interactive, Inc.*