UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peloton Interactive, Inc.,

    Movant,

—v—

Flywheel Sports, Inc.,

    Respondent.

19-mc-553 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 29, 2019, Movant Peloton Interactive, Inc. filed a motion to quash the subpoena issued to VR Optics, Inc. by Respondent Flywheel Sports, Inc. Dkt. No. 1. Flywheel Sports, Inc.'s memorandum in opposition to the motion shall be filed by December 23, 2019. Any reply shall be filed by December 30, 2019.

SO ORDERED.

Dated: December 10, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge