BEYS LISTON & MOBARGHA LLP

Joshua D. Liston<br>
646.755.3601 (Direct)<br>
jliston@blmllp.com

December 30, 2019

**Via ECF**
Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Peloton Interactive, Inc. v. Flywheel Sports, Inc.*, **19-mc-00553-AJN**

Dear Judge Nathan:

     On behalf of Plaintiff Peloton Interactive, Inc. ("Peloton"), I write to request oral argument on Peloton's Motion to Quash Subpoena Issued to VR Optics, LLC (Dkt. No. 1), which is now fully submitted.

                                   Respectfully submitted,

                                   */s/ Joshua D. Liston*

                                 Joshua D. Liston

cc.:   Counsel of Record (by ECF)